UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LEHMAN-CLEMENTS<br>On behalf of herself and All Other<br>Persons Similarly Situated<br><br>Plaintiff,<br>v.<br><br>STONEMOR GP LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OPT-IN AND CONSENT FORM**

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

04/24/20                              *JClements*
_____          _____
Date                                        Signature

                                              Jennifer Lehman-Clements
                                              _____
                                              Printed Name