UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LEHMAN-CLEMENTS<br>On behalf of herself and All Other<br>Persons Similarly Situated<br><br>        Plaintiff,<br>v.<br><br>STONEMOR GP LLC, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OPT-IN AND CONSENT FORM

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

04/24/20
_____
Date

_[signature]_
Signature

Sandra Dennis-Greenberg
_____
Printed Name