UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LEHMAN-CLEMENTS On behalf of herself and All Other Persons Similarly Situated | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| STONEMOR GP LLC, et al., | ) ) |
| Defendants. | ) ) |

**OPT-IN AND CONSENT FORM**

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

04/24/20            *[signature]*
_____     _____
Date                                        Signature

                                              Thaddeus S. Monkowski
                                              _____
                                              Printed Name