UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LEHMAN-CLEMENTS On behalf of herself and All Other Persons Similarly Situated<br><br>　　　　Plaintiff,<br>　v.<br><br>STONEMOR GP LLC, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OPT-IN AND CONSENT FORM

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

| | |
|---|---|
| 04/25/2020 | *Victoria B* (signature) |
| Date | Signature |
| | Victoria Bozic |
| | Printed Name |