# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JENNIFER LEHMAN-CLEMENTS** <br> On behalf of herself and all others <br> similarly situated, <br><br> Plaintiff, <br> v. <br><br> **STONEMOR GP LLC, et al.**, <br><br> Defendants. | CASE NO. 1:20-cv-911 <br><br> JUDGE PAMELA A. BARKER <br><br> **PLAINTIFF'S NOTICE OF** <br> **VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
2012 West 25th Street, Suite 716
Cleveland, OH  44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500 [phone and fax]
josh@fuchsfirm.com

/s/ James J. Hux
James J. Hux (0092992)
3 Severance Circle #18147
Cleveland Heights, Ohio 44118
Phone: (937) 315-1106
Fax:    (216) 359-7760
Email: jhux@huxlawfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have made an appearance by operation of the Court's electronic filing system and those parties may access the filing through the Court's system.

                                        /s/    Joshua B. Fuchs