UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JENNIFER LEHMAN-CLEMENTS** <br> On behalf of herself and all others <br> similarly situated, <br> <br> Plaintiff, <br> v. <br> <br> **STONEMOR GP LLC, et al.**, <br> <br> Defendants. | CASE NO. 1:20-cv-911 <br> <br> JUDGE PAMELA A. BARKER <br> <br> **PLAINTIFF'S NOTICE OF** <br> **VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Plaintiff's Notice of Dismissal Under FRCP 41(a)(1) without prejudice against all Defendants is approved.

s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
2012 West 25th Street, Suite 716
Cleveland, OH  44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500 [phone and fax]
josh@fuchsfirm.com

/s/ James J. Hux
James J. Hux (0092992)
3 Severance Circle #18147
Cleveland Heights, Ohio 44118
Phone: (937) 315-1106
Fax:    (216) 359-7760
Email: jhux@huxlawfirm.com

Attorneys for Plaintiff